IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIBANK, N.A. as Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNADINE C. GUMBS And All Others,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:07-CV-3042-TWT |

<u>ORDER</u>

This is the Plaintiff's second improper attempt to remove this dispossessory action from the Magistrate Court of Fayette County, Georgia. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending remanding this action to state court for lack of jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fayette County, Georgia. The Plaintiff is ordered to obtain the permission of the Court before filing any additional removals of this dispossessory action.

SO ORDERED, this 8 day of January, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge